**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:25-cv-20340-EA**

THE LAMBERT LAW FIRM P.C., and
GEORGE LAMBERT,

      Plaintiffs,

v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, Pa., and
GAVIN CURLEY,

      Defendants.

_____/

**DEFENDANTS' EXPEDITED MOTION TO MODIFY TRIAL DATE**

Defendants, National Union Fire Insurance Company of Pittsburgh, Pa. and Gavin Curley ("Defendants"), hereby request that the Court modify the trial date set in the Court's Paperless Minute Entry [DE 109] due to a religious observance conflict.  In support of this motion, Defendants state as follows.[1]

1.      Pursuant to the Court's ruling at the March 17, 2026 calendar call, this matter is presently set for trial beginning on Wednesday, April 1 and continuing through Friday, April 3, 2026.

---

[1] This motion is being filed as an expedited motion pursuant to Local Rule 7.1(d)(2), because the relief being sought (to postpone the trial currently scheduled to begin on April 1, 2026, or in the alternative, to begin the trial two days earlier) needs to be ruled on before the full time for briefing would expire.  Defendants respectfully request a ruling on the motion by Wednesday, March 25, 2026 so that all parties can properly prepare for a potential trial depending upon the date upon which that potential trial may begin.  This is particularly true for the Defendants, as all Defendants would need to travel from the New York / New Jersey area to South Florida for any trial.

85872965;1

2.	At the time of the Court's calendar call when the Court inquired as to whether those dates would be available for trial, undersigned counsel did not advise of any conflicts for those dates.

3.	The third day of the trial period (Friday, April 3) is Good Friday.  At the calendar call undersigned counsel was not aware of such a fact.

4.	Upon conferral with Defendants following the calendar call, undersigned counsel learned that the final day set aside for trial is Good Friday, and that one of his clients who will be testifying at trial regularly observes Good Friday as a religious holiday, which includes not working.  A second client who will also be testifying has plans for a family trip for the Easter weekend, which involves departing on April 2.

5.	All of the individuals who will be attending trial to testify and/or observe are located in the New York / New Jersey area and therefore are required to travel by plane back and forth between South Florida and the New York / New Jersey area.  As a result, additional time will be required in their schedule for their attendance at trial, with particular concern given the current disruptions in air traffic due to the DHS shutdown that has affected TSA screening.

6.	Given the Good Friday religious observance and Easter holiday plans, Defendants respectfully request that the trial be rescheduled to a later trial period.  Such a rescheduling will avoid religious observance conflicts and also permit additional time for the Court to rule on the pending cross-motions for summary judgment and pending evidentiary motions, to the extent that the Court finds any such additional time helpful.

7.	In the event that the Court grants the request to postpone the trial to a later trial period, Defendants respectfully request that it not be moved to the May 2026 trial period, as

85872965;1

undersigned counsel will be on an extended trip out of the country for approximately three weeks at the very end of April into late May.

8.      In the alternative, while Defendants would prefer that the trial be moved to a subsequent trial period, if the Court is not inclined to do so, then if the Court has trial availability, Defendants respectfully request that the trial be moved to begin on Monday, March 30, 2026.[2] That date would minimize the concerns about religious observation and religious holiday plans, although Defendants' preference remains that the trial be rescheduled to a later trial period.

9.      This request is made in good faith and not for the purpose of unduly delaying these proceedings.

**WHEREFORE,** Defendants respectfully request that this Court reschedule the trial to a subsequent trial period subject to the Court's and Plaintiffs' availability, or in the alternative, to reschedule the trial to begin on March 30, 2026 if available on the Court's calendar, and for any further relief that the Court deems appropriate.

### LOCAL RULE 7.1(a) CERTIFICATION

Undersigned counsel has conferred with counsel for Plaintiffs in a good faith effort to resolve the issues raised in the motion.  The result of the conferral is as follows.

(1)      Plaintiffs do not agree to a continuance of trial to a subsequent trial period.

(2)      Plaintiffs would be available to begin trial on March 30 or 31, 2026 if the Court has availability and is willing to move the trial to an earlier date.

---

[2] One of undersigned's counsel's testifying clients will be attending his son's Catholic Church Confirmation on March 26, 2026 in the New Jersey area.  Accordingly, it would not be feasible to begin trial any earlier than March 30.

85872965;1

Respectfully submitted,

**AKERMAN LLP**
*Attorneys for Defendants, NUFIC and Curley*
98 Southeast 7th Street, Suite 1100
Miami, FL  33131
Phone:  (305) 374-5600
Fax:  (305) 374-5095


By:  s/ Gary J. Guzzi
GARY J. GUZZI
Florida Bar No. 159440
Primary E-mail: gary.guzzi@akerman.com
Secondary E-mail: maria.revoredo@akerman.com


<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF

this 20th day of March, 2026 on:

| | |
|---|---|
| George Lambert, Esq. | Emily M. Walters, Esq. |
| Attorney for The Lambert Law Firm and pro se | David Aronberg, Esq. |
| THE LAMBERT LAW FIRM | DAVE ARONBERG LAW, P.A. |
| 421 Poinciana Drive, #1422 | Co-Counsel for Plaintiffs |
| Sunny Isles Beach, FL 33160 | 515 N. Flagler Drive, Suite 402 |
| Primary Email: office.law.323@gmail.com | West Palm Beach, FL 33401 |
| | Primary Email: |
| | emily@davearonberglaw.com |
| | Secondary Email: |
| | jpratt@davearonberglaw.com |
| | Primary Email: |
| | dave@davearonberglaw.com |
| | Secondary Email: |
| | jpratt@davearonberglaw.com; |
| | lhebda@davearonberglaw.com; and |
| | service@davearonberglaw.com |

s/ Gary J. Guzzi
Attorney

4