**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 1:25-cv-20340-EA**

**The Lambert Law Firm P.C.,**
**Et al.,**

      Plaintiffs,

v.

**National Union Fire Insurance Company of Pittsburgh, Pa,**
**Et al.,**

      Defendants.

_____/

## OMNIBUS ORDER

This cause comes before the Court on the plaintiffs' motion for partial summary judgment [ECF No. 52], the defendants' motion for summary judgment [ECF No. 58], and the defendants' expedited motion to modify the trial date [ECF No. 110]. Having carefully reviewed the record and all relevant materials, it is **ORDERED AND ADJUDGED**:

1. The plaintiffs' motion for partial summary judgment [ECF No. 52] is **DENIED**.

2. The defendants' motion for summary judgment [ECF No. 58] is **DENIED**.

3. The defendants' expedited motion to modify the trial date [ECF No. 110] is **GRANTED IN PART AND DENIED IN PART**. Trial shall begin on March 27, 2026, at 9:00 am in West Palm Beach and continue until completed.

**ORDERED** in Chambers in West Palm Beach, Florida, this 20th day of March 2026.



ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**George Lambert**
LAW OFFICE OF GEORGE LAMBERT
323 Sunny Isles Boulevard
Suite 700
Sunny Isles Beach, FL 33160
(305)938-0600
Fax: (800)852-1950
Email: office.law.323@gmail.com

**David Andrew Aronberg**
Dave Aronberg Law, P.A.
515 N. Flagler Drive
Suite 402
West Palm Beach, FL 33401
561-765-5555
Email: aronberg@yahoo.com

**Emily Melissa Walters**
Dave Aronberg Law, P.A.
515 N. Flagler Drive
Suite 402
West Palm Beach, FL 33401
5617655555
Email: emily@davearonberglaw.com

**Nikolas Leandro Volosin**
Akerman LLP
Brickell City Centre
98 SE 7th St
Suite 1100
Miami, FL 33131
305-982-5674
Email: nikolas.volosin@gmail.com

**Gary John Guzzi**
Akerman LLP
Three Brickell City Centre
98 Southeast 7th Street
Miami, FL 33131
305-374-5600
Fax: 305-374-5095
Email: gary.guzzi@akerman.com