UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 1:25-cv-20340-EA

The Lambert Law Firm P.C.,
Et al.

       Plaintiffs,

v.

National Union Fire Insurance Company of Pittsburgh, PA,

       Defendant.

_____/

## ORDER AUTHORIZING ELECTRONIC EQUIPMENT

This cause comes before the Court on sua sponte review of the record. Therefore, it is

**ORDERED AND ADJUDGED** that the parties, attorneys, and staff may bring cellphones, computers, laptops, and/or tablets into the courtroom for the duration of the trial.

**ORDERED** in Chambers in West Palm Beach, Florida, this 30th day of March 2026.

_____
ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**George Lambert**
LAW OFFICE OF GEORGE LAMBERT
323 Sunny Isles Boulevard
Suite 700
Sunny Isles Beach, FL 33160
(305)938-0600
Fax: (800)852-1950
Email: office.law.323@gmail.com

**David Andrew Aronberg**
Dave Aronberg Law, P.A.

515 N. Flagler Drive
Suite 402
West Palm Beach, FL 33401
561-765-5555
Email: aronberg@yahoo.com

**Emily Melissa Walters**
Dave Aronberg Law, P.A.
515 N. Flagler Drive
Suite 402
West Palm Beach, FL 33401
5617655555
Email: emily@davearonberglaw.com

**Edgard Kenneth Cespedes**
Hinshaw, Culbertson LLP
2525 Ponce De Leon Blvd., 4th Floor
Coral Gables, FL 33134
786-316-1690
Email: edgard.cespedes@akerman.com

**Gary John Guzzi**
Akerman LLP
Three Brickell City Centre
98 Southeast 7th Street
Miami, FL 33131
305-374-5600
Fax: 305-374-5095
Email: gary.guzzi@akerman.com