UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-20340-CMA

THE LAMBERT LAW FIRM P.C., and
GEORGE LAMBERT,

      Plaintiffs,

v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, Pa., and
GAVIN CURLEY,

      Defendants.

_____/

**DEFENDANT'S NOTICE OF FILING UPDATED PROPOSED VERDICT FORM**

      Defendant, National Union Fire Insurance Company of Pittsburgh, Pa. ("Defendant"),

hereby file its updated proposed Special Jury Instructions.

                            Respectfully submitted,

                            **AKERMAN LLP**
                            *Attorneys for Defendant, NUFIC*
                            98 Southeast 7th Street, Suite 1100
                            Miami, FL  33131
                            Phone:  (305) 374-5600
                            Fax:  (305) 374-5095

                            By:*/s/* Edgard K. Cespedes
                            GARY J. GUZZI
                            Florida Bar No. 159440
                            Primary E-mail: gary.guzzi@akerman.com
                            Secondary E-mail: maria.revoredo@akerman.com
                            EDGARD K. CESPEDES
                            Florida Bar No. 123516
                            Primary E-mail: Edgard.Cespedes@akerman.com
                            Secondary E-mail: kim.stathopulos@akerman.com

86049992;1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF

this 1st day of April, 2026 on:

George Lambert, Esq.
Attorney for The Lambert Law Firm and pro se
THE LAMBERT LAW FIRM
421 Poinciana Drive, #1422
Sunny Isles Beach, FL 33160
Primary Email: office.law.323@gmail.com

Emily M. Walters, Esq.
David Aronberg, Esq.
DAVE ARONBERG LAW, P.A.
Co-Counsel for Plaintiffs
515 N. Flagler Drive, Suite 402
West Palm Beach, FL 33401
Primary Email:
  emily@davearonberglaw.com
Secondary Email:
  jpratt@davearonberglaw.com
Primary Email:
  dave@davearonberglaw.com
Secondary Email:
  jpratt@davearonberglaw.com;
  lhebda@davearonberglaw.com; and
  service@davearonberglaw.com


/s/ Edgard K. Cespedes
Attorney

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| THE LAMBERT LAW FIRM PROFESSIONAL CORP.; and<br><br>GEORGE LAMBERT<br><br>　　Plaintiffs,<br><br>　　　v.<br><br>NATIONAL UNION OF FIRE INSURANCE COMPANY OF PITTSBURGH, Pa.<br><br>　　Defendants | ACTION No. 1:25-cv-20340-EA<br><br>**(PROPOSED)**<br>**SPECIAL VERDICT FORM** |

We, the jury in the above-entitled action, find the following Special Verdict on the following questions submitted to us in this matter.

Please answer the following questions in the order they appear.  After each question, the form will give you directions on what to do next.

<u>Breach of Express Contract</u>

1)    Do you find that Plaintiffs have proven their claim of Breach of Express Contract by a preponderance of the evidence?

Yes    _____

No    _____

If your answer to Question #1 is "No," please proceed to answer Question #2. If your answer to Question #1 is "Yes," please proceed to answer Question #5.

3

86049992;1

<u>Breach of Implied Contract</u>

2)      Do you find that Plaintiffs have proven their claim of Breach of Implied

Contract by a preponderance of the evidence?

Yes      _____

No      _____

If your answer to Question #2 is "No," please proceed to answer Question #3. If your answer to Question #2 is "Yes," please proceed to answer Question #5.

<u>Promissory Estoppel</u>

3)      Do you find that Plaintiffs have proven their claim of promissory

estoppel by clear and convincing evidence?

Yes      _____

No      _____

If your answer to Question #3 is "No," please proceed to answer Question #4. If your answer to Question #3 is "Yes," please proceed to answer Question #5.

<u>Quantum Meruit</u>

4)      Do you find that Plaintiffs have proven their claim of Quantum Meruit

by a preponderance of the evidence?

Yes      _____

No      _____

If your answer to Question #4 is "No" please skip the remaining questions and

proceed to have the foreperson sign the verdict form. If you have answered "yes" to

any of the Questions #1 through 4, please proceed to answer Question #5.

4

86049992;1

5)      Do you find that Defendant has proven its affirmative defense that it exhausted the $5 million limits of the insurance policy?

Yes      _____

No      _____

If your answer to Question #5 is "Yes" please skip the remaining questions and proceed to have the foreperson sign the verdict form.  If your answer to Question #5 is "No", please proceed to answer Question #6.

6)      Please state the total amount of damages that Plaintiffs have proven by a preponderance of the evidence:

_____ .

Please sign and date the Verdict and return it to the bailiff.

Date:_____

_____
Foreperson

5

86049992;1