4/2/26

To Your Honor,

This is Nancellen Palfenier, Juror #4, I just wanted to clarify that I asked my question last evening (related to how long we might be here today) because I wanted to set expectations for my family. My son has his last "home" baseball game of his HS career tonight -- I don't want to miss it, but also will not "rush to judgment" on this important case! All is well ☺

It bothered me, so I'm telling you!

Thank you!

N Palfenier

25-20340
Lambert v National Union
Jury Note 1

Part B - Contract
            Formation


Can you give us guidance
or clarification to #2,
which says "the parties
agreed to give each other
something of value,"?


Response from the Judge:

I am not able to answer this
Question. Your decision must be
based only on the evidence presented
in the trial and the law that
I have given you.

25-cv-20340
Lambert v. National Union
Juror note 2

<u>Note: From Judge Artau</u>

In view of the late hour, unless the jury needs a few more minutes, the Court believes it would be best to send the jurors home and come back to continue deliberating on Monday, April 6, 2026, or when all the jurors are otherwise available.

~~wrapping up~~

Wrapping up shortley

25-cv-20340
Lambert v. National Union
Juror Note 5

Verdict reached

25-cv-20340
Lambert v. National Union
Juror Note 4