## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

THE LAMBERT LAW FIRM PROFESSIONAL
CORP.; and

GEORGE LAMBERT

      Plaintiffs,

      v.

NATIONAL UNION OF FIRE INSURANCE
COMPANY OF PITTSBURGH, Pa.

      Defendants

ACTION No. 1:25-cv-20340-EA

**VERDICT FORM**

We, the jury in the above-entitled action, find the following Verdict on the following questions submitted to us in this matter.

Please answer the following questions in the order they appear. After each question, the form will give you directions on what to do next.

### Breach of Implied Contract

1)    Do you find that Plaintiffs have proven their claim of Breach of Implied Contract by a preponderance of the evidence?

Yes    ___X___

No    _____

Please proceed to Question #2.

86079572;1

Promissory Estoppel

2)     Do you find that Plaintiffs have proven their claim of promissory estoppel by clear and convincing evidence?

Yes     _____

No     ___X___

If your answer to Questions #1 and Question #2 are both "No," please skip the remaining questions and proceed to have the foreperson sign the verdict form. If you have answered "yes" to either Question #1 or Question #2, please proceed to answer Question #3.

3)     Do you find that Defendant has proven its affirmative defense by a preponderance of the evidence that it exhausted the $5 million limits of the insurance policy?

Yes     _____

No     ___X___

If your answer to Question #3 is "Yes" please skip the remaining questions and proceed to have the foreperson sign the verdict form.  If your answer to Question #3 is "No", please proceed to answer Question #4.

4)     Please state the total amount of damages that Plaintiffs have proven by a preponderance of the evidence:

___110,000.00___.

2

Please sign and date the Verdict and return it to the bailiff.

Date: _4/2/26_

_____
Foreperson

86079572;1